IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
    WILLIAM R. GALLAGHER, : CHAPTER 13
: CASE NO. 5-16-00276
    Debtor(s) :

CHARLES J. DEHART, III :
    Movant(s) :
vs. :
:
WILLIAM R. GALLAGHER, :
    Respondent(s) :

## **OBJECTION TO TRUSTEE'S MOTION TO DISMISS CASE**

**AND NOW COMES,** WILLIAM R. GALLAGHER, Debtor, by and through his attorney, Kimberly D. Martin, and files this Objection as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied. By way of further answer, Debtor is in the process of compiling information necessary for amending his plan. Debtor does not want his bankruptcy case dismissed. Debtor will file an amended plan prior to September 13, 2016.

**WHEREFORE,** WILLIAM R. GALLAGHER, Debtor, respectfully requests your Honorable Court to not dismiss the case.

Dated: 9/8/2016                            Respectfully Submitted,

                                                           _____/s/_____
                                                           Kimberly D. Martin, Esquire
                                                           1022 Court Street
                                                           Honesdale, PA 18431
                                                           (570) 253-6899
                                                           Attorney for Debtor
                                                           kmartin@martin-law.net