```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 16-00276-JJT
William R. Gallagher                                             Chapter 13
         Debtor                   CERTIFICATE OF NOTICE
```

District/off: 0314-5      User: karendavi       Page 1 of 1              Date Rcvd: Dec 15, 2016
                          Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
      ++++SHERRY LEE GALLAGHER,  A/K/A 252 HARRIS STREET UNIT B9,  252 HARRIS ST APT 2,
        EAST STROUDSBURG PA  18301-2153
       (address filed with court:  Sherry Lee Gallagher,  250 Harris Street #2B,
        a/k/a 252 Harris Street Unit B9,  East Stroudsburg, PA  18301)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:
      Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
      J. Zac Christman   on behalf of Creditor   Borough of East Stroudsburg
       jchristman@newmanwilliams.com,  mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
      John J. Martin   on behalf of Debtor William R. Gallagher jmartin@martin-law.net,
       kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net
      Joseph Angelo Dessoye   on behalf of Creditor   U.S. Bank National Association, As Trustee Under
       Pooling et al. pamb@fedphe.com
      Joshua I Goldman   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kimberly D Martin   on behalf of Debtor William R. Gallagher kmartin@martin-law.net,
       jashley@martin-law.net
      Mario John Hanyon   on behalf of Creditor   U.S. Bank National Association, As Trustee Under
       Pooling et al. pamb@fedphe.com
      Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
      Peter J Ashcroft   on behalf of Creditor   OCWEN LOAN SERVICING, LLC, AS SERVICER FOR U.S. BANK
       NATIONAL ASSOCIATION pashcroft@bernsteinlaw.com,
       pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
       rive.com
      Philip W. Stock   on behalf of Creditor   Monroe County Tax Claim Bureau pwstock@ptd.net
      United States Trustee   ustpregion03.ha.ecf@usdoj.gov
      William Edward Miller   on behalf of Creditor   M&T BANK wmiller@sterneisenberg.com,
       bkecf@sterneisenberg.com
                                                                                      TOTAL: 12

WILLIAM E. MILLER, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA
## (WILKES-BARRE)

| IN RE:<br>    WILLIAM R GALLAGHER<br>    DEBTOR(S)<br>-------------------------------------<br>M&T BANK<br>    MOVANT<br>V.<br>WILLIAM R GALLAGHER<br>SHERRY LEE GALLAGHER (NON-FILING CO-MORTGAGOR)<br><br>CHARLES J. DEHART, III<br>    RESPONDENT(S) | CHAPTER 13<br><br>CASE NUMBER: 16-00276-JJT |
|---|---|

## ORDER

    AND NOW, this 15th day of December, 2016, upon the motion of M&T Bank (hereinafter "Movant") and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant,(and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 250 HARRIS STREET, #2B, EAST STROUDSBURG, PA 18301 F/K/A Eastway 1417 Harris Street, East Stroudsburg, PA 18301 A/K/A 252 Harris Street, Condo Unit B9, East Stroudsburg, PA 18301.

Dated: December 15, 2016

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(PJR)