**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William R. Gallagher <br> <u>Debtor(s)</u> | BKY. NO. 16-00276 JJT <br><br> CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8321

                                         Respectfully submitted,

                                         **/s/ Thomas Puleo**
                                         Thomas Puleo, Esquire
                                         James C. Warmbrodt, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 825-6306  FAX (215) 825-6406
                                         Attorney for Movant/Applicant