IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| WILLIAM R. GALLAGHER, | : | CHAPTER 13 |
| | : | CASE NO. 5-16-00276 |
| Debtor(s) | : | |
| | | |
| CHARLES J. DEHART, III | : | |
| Movant(s) | : | |
| vs. | : | |
| | : | |
| WILLIAM R. GALLAGHER, | : | |
| Respondent(s) | : | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS CASE

**AND NOW COMES,** WILLIAM R. GALLAGHER, Debtor, by and through his attorney, Kimberly D. Martin, and files this Objection as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Denied. By way of further answer, Debtor is in the process of compiling information necessary for amending his plan. Debtor does not want his bankruptcy case dismissed. Debtor will file an amended plan prior to February 7, 2017 hearing.

**WHEREFORE,** WILLIAM R. GALLAGHER, Debtor, respectfully requests your Honorable Court to not dismiss the case.

Dated: 01/13/2017

Respectfully Submitted,

_____/s/_____
Kimberly D. Martin, Esquire
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Attorney for Debtor
kmartin@martin-law.net