IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> WILLIAM R. GALLAGHER, <br><br> Debtor | Bankruptcy No. 5:16-bk-00276-jjt <br><br> Chapter 13 |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF BERNSTEIN-BURKLEY, P.C. ON BEHALF OF OCWEN LOAN SERVICING, LLC

To the Clerk of Courts:

Kindly withdraw the appearance of Peter J. Ashcroft, Esq. and Bernstein-Burkley, P.C. as local counsel for Ocwen Loan Servicing, LLC in the present matter. Bernstein-Burkley, P.C. was retained to handle the plan objection. However, Bernstein-Burkley, P.C. no longer represents Ocwen Loan Servicing, LLC on this matter.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Peter J Ashcroft
Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8107
Fax - (412) 456-8135

Dated: March 8, 2017