

**Wells Fargo Bank N.A.**
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 503280001

November 13, 2017

CHARLES J DEHART III
8125 ADAMS DRIVE
SUITE A
HUMMELSTOWN, PA 17036-8625

Re:   Debtor(s):   WILLIAM R. GALLAGHER
       Bky. No.:   16-00276
       Acct Number ending in: 0569
       Collateral:   252 HARRIS STREET APT B3, EAST STROUDSBURG, PA 18301

Dear CHARLES J DEHART, III:

This letter is regarding Chapter 13 Case #16-00276 for WILLIAM R GALLAGHER. I have evaluated the aforementioned account. Upon review of our records, it has been determined the lien has been dissolved in the foreclosure sale. Consequently, your office may consider this proof of claim #7 for Wells Fargo Bank, N.A. effectively withdrawn.

If you have any additional questions or if I can be of further assistance please contact me at 1-877-891-0002. If I am unavailable, any Bankruptcy Unit Representative will be able to assist you. Please note our hours of operation are Monday through Friday 7:00 a.m. to 8:00 p.m. Central Standard Time. For customers with hearing or speech disabilities, we accept telecommunications relay service calls.

Sincerely,


/x/ Kyle Kenneth Gebel
Bankruptcy Representative
Wells Fargo Bank, N.A.

HEQBK77.doc
Rev. 5/9/12