In re:  Case No. 16-00276-JJT
William R. Gallagher  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: DDunbar    Page 1 of 1    Date Rcvd: Nov 28, 2017
                   Form ID: pdf010    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.
         SHERRY L. GALLAGHER,    ROAD #3 BOX 3373, CENTER,    STREET STROUDSBURG, PA 18360
       +SHERRY L. GALLAGHER,    295 CENTER ROAD,    STROUDSBURG, PA 18360-7724
       +WILLIAM R. GALLAGHER,    295 CENTER ROAD,    STROUDSBURG, PA 18360-7724
         WILLIAM R. GALLAGHER,    ROAD #3 BOX 3373, CENTER,    STREET STROUDSBURG, PA 18360

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                                 Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
       Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
       J. Zac Christman    on behalf of Creditor    Borough of East Stroudsburg
        jchristman@newmanwilliams.com,
        mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
       James Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
       Jeremy John Kobeski    on behalf of Creditor    U.S. Bank National Association, As Trustee Under
        Pooling et al. pamb@fedphe.com
       Jerome B Blank    on behalf of Creditor    U.S. Bank National Association, As Trustee Under Pooling
        et al. pamb@fedphe.com
       John J. Martin    on behalf of Debtor 1 William R. Gallagher jmartin@martin-law.net,
        kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r59891@notify.bestcase.com
       Joseph Angelo Dessoye    on behalf of Creditor    U.S. Bank National Association, As Trustee Under
        Pooling et al. pamb@fedphe.com
       Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Kimberly D Martin    on behalf of Debtor 1 William R. Gallagher kmartin@martin-law.net,
        jashley@martin-law.net;r59891@notify.bestcase.com
       Kyle Kenneth Gebel    on behalf of Creditor    Wells Fargo Bank Kyle.K.Gebel@wellsfargo.com
       Mario John Hanyon    on behalf of Creditor    U.S. Bank National Association, As Trustee Under
        Pooling et al. pamb@fedphe.com
       Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
       Philip W. Stock    on behalf of Creditor    Monroe County Tax Claim Bureau pwstock@ptd.net
       Thomas Song    on behalf of Creditor    U.S. Bank National Association, As Trustee Under Pooling
        et al. thomas.song@phelanhallinan.com
       Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
       William Edward Miller    on behalf of Creditor    M&T BANK wmiller@sterneisenberg.com,
        bkecf@sterneisenberg.com
                                                                                  TOTAL: 18

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

| | |
|---|---|
| IN RE:<br>**WILLIAM R. GALLAGHER**<br>**Debtors** | BK. No. 5:16-bk-00276-JJT<br><br>Chapter No. 13 |
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 MASTR ASSET-BACKED SECURITIES TRUST 2007-HE1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HE1**<br>**Movant**<br>v.<br>**WILLIAM R. GALLAGHER**<br>**SHERRY L. GALLAGHER (Non-Filing Co-Debtor)**<br>**Respondents** | 11 U.S.C. §362 & §1301 |

**ORDER GRANTING RELIEF FROM §362 & §1301 AUTOMATIC STAY & CO-DEBTOR STAY WITH RESPECT TO ROAD #3 BOX 3373, CENTER STREET, STROUDSBURG, PA 18360 A/K/A 295 CENTER ROAD, STROUDSBURG, PA 18360.**

Upon consideration of Motion of **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF MAY 1, 2007 MASTR ASSET-BACKED SECURITIES TRUST 2007-HE1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-HE1** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic Stay & Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 & §1301 is granted with respect to, Road #3 Box 3373, Center Street, Stroudsburg, PA 18360 A/K/A 295 Center Road, Stroudsburg, PA 18360 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted.

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(PAR)

Dated: November 28, 2017