# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    WILLIAM R. GALLAGHER                     Case No.: 5-16-00276-HWV
                                                                      Chapter 13

          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                     **MORTGAGE INFORMATION**

Creditor Name:                      WELLS FARGO
Court Claim Number:              08
Last Four of Loan Number:        7699/PRE ARREARS/276 CENTER RD
Property Address if applicable:     276 CENTER ROAD, , STROUDSBURG, PA18360

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,528.00 |
| b. | Prepetition arrearages paid by the Trustee: | $1,528.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,528.00 |

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2021                    Respectfully submitted,

                                         s/ Charles J. DeHart, III, Trustee
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone: (717) 566-6097
                                         Fax: (717) 566-8313
                                         eMail: dehartstaff@pamd13trustee.com

Creditor Name: WELLS FARGO
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 9003912 | 04/12/2017 | $195.60 | $0.00 | $195.60 |
| 5200 | 9003912 | 05/05/2017 | $-195.60 | $0.00 | $-195.60 |
| 5200 | 9003990 | 05/11/2017 | $225.50 | $0.00 | $225.50 |
| 5200 | 9004073 | 06/13/2017 | $59.80 | $0.00 | $59.80 |
| 5200 | 9004226 | 08/10/2017 | $59.80 | $0.00 | $59.80 |
| 5200 | 9004305 | 09/19/2017 | $29.90 | $0.00 | $29.90 |
| 5200 | 9004464 | 11/08/2017 | $59.54 | $0.00 | $59.54 |
| 5200 | 9004624 | 01/11/2018 | $59.54 | $0.00 | $59.54 |
| 5200 | 9004781 | 03/08/2018 | $29.78 | $0.00 | $29.78 |
| 5200 | 9004860 | 04/03/2018 | $29.77 | $0.00 | $29.77 |
| 5200 | 9005024 | 05/15/2018 | $59.54 | $0.00 | $59.54 |
| 5200 | 9005185 | 07/12/2018 | $59.55 | $0.00 | $59.55 |
| 5200 | 9005270 | 08/09/2018 | $29.77 | $0.00 | $29.77 |
| 5200 | 9005436 | 10/10/2018 | $59.54 | $0.00 | $59.54 |
| 5200 | 9005607 | 12/13/2018 | $29.65 | $0.00 | $29.65 |
| 5200 | 9005693 | 01/10/2019 | $29.64 | $0.00 | $29.64 |
| 5200 | 9005773 | 02/07/2019 | $29.65 | $0.00 | $29.65 |
| 5200 | 9005946 | 04/11/2019 | $88.94 | $0.00 | $88.94 |
| 5200 | 9006113 | 06/06/2019 | $29.64 | $0.00 | $29.64 |
| 5200 | 9006202 | 07/11/2019 | $29.64 | $0.00 | $29.64 |
| 5200 | 9006291 | 08/07/2019 | $29.65 | $0.00 | $29.65 |
| 5200 | 9006387 | 09/26/2019 | $499.16 | $0.00 | $499.16 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

WILLIAM R. GALLAGHER  Case No.: 5-16-00276-HWV
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHN J. MARTIN, ESQUIRE<br>1022 COURT STREET<br>HONESDALE PA,   18431- | SERVED ELECTRONICALLY |
| WELLS FARGO NA HOME EQUITY GROUP<br>1 HOME CAMPUS X2303-01A<br>DE MOINES, IA,   50328-0001 | SERVED BY 1ST CLASS MAIL |
| WILLIAM R. GALLAGHER<br>276 CENTER ROAD<br>STROUDSBURG, PA  18360 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: April 21, 2021

s/   Liz Joyce
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail: dehartstaff@pamd13trustee.com