21-0119

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William R. Gallagher<br><br>                          Debtor(s)<br><br>Sherry L. Gallagher, CoDebtor | Chapter 13 Proceeding<br><br>Case No. 16-00276 HWV |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

      Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.

                              POWERS KIRN, LLC

                              By: **/s/ Jill Manuel-Coughlin, Esquire**
                              Attorney ID# 63252
                              Eight Neshaminy Interplex, Suite 215
                              Trevose, PA 19053
                              Telephone: 215-942-2090
                              Dated: May 3, 2021