In re:                                                                          Case No. 16-00276-HWV

William R. Gallagher                                                            Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2021 | Form ID: 3180W | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William R. Gallagher, 276 Center Road, Stroudsburg, PA 18360-7723 |
| cr | + | M&T BANK, Stern & Eisenberg, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 4823055 | + | Borough of East Stroudsburg, 24 Analomink Street, East Stroudsburg, PA 18301-2801 |
| 4744604 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 4756478 | + | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 4744606 | + | Ocwen Loan Sevicing Llc, Attn: Research Dept, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 4800480 | | U.S. BANK NATIONAL ASSOCIATION, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 4750015 | + | U.S. Bank National Association, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 5407697 | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053 Telephone 19053-6980 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: WFFC.COM | Jun 11 2021 22:53:00 | Wells Fargo Bank, 1 Home Campus, X2303-01A, Des Moines, IA 50328-0001 |
| 4744605 | | Email/Text: camanagement@mtb.com | Jun 11 2021 18:59:00 | M & T Bank, Attn: Bankruptcy, 1100 Wehrle Dr 2nd Floor, Williamsville, NY 14221 |
| 4752334 | | Email/Text: camanagement@mtb.com | Jun 11 2021 18:59:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 4763814 | | Email/Text: camanagement@mtb.com | Jun 11 2021 18:59:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 4747659 | + | Email/Text: MKnitter@monroecountypa.gov | Jun 11 2021 18:59:00 | Monroe County Tax Claim Bureau, 1 Quaker Plaza, Room 104, Stroudsburg, PA 18360-2141 |
| 4780039 | | EDI: WFFC.COM | Jun 11 2021 22:53:00 | Wells Fargo Bank N.A., Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 4744607 | + | EDI: WFFC.COM | Jun 11 2021 22:53:00 | Wells Fargo Bank Nv Na, Attn:Deposits Bankr. MAC P6103-05K, Po Box 3908, Portland, OR 97208-3908 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | OCWEN LOAN SERVICING, LLC, AS SERVICER FOR U.S. BA |
| cr | | U.S. Bank National Association |
| cr | *+ | Borough of East Stroudsburg, 24 Analomink Street, East Stroudsburg, PA 18301-2801 |

| 4831042 | *+ | Borough of East Stroudsburg, 24 Analomink Street, East Stroudsburg, PA 18301-2801 |
| 4785721 | * | Wells Fargo Bank, N.A. Home Equity Group, 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| J. Zac Christman | on behalf of Creditor Borough of East Stroudsburg zac@fisherchristman.com  office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Jeremy John Kobeski | on behalf of Creditor U.S. Bank National Association  As Trustee Under Pooling et al. pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor U.S. Bank National Association  As Trustee Under Pooling et al. pamb@fedphe.com |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| John J. Martin | on behalf of Debtor 1 William R. Gallagher jmartin@martin-law.net kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com |
| Joseph Angelo Dessoye | on behalf of Creditor U.S. Bank National Association  As Trustee Under Pooling et al. pamb@fedphe.com |
| Joshua I Goldman | on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com |
| Kimberly D Martin | on behalf of Debtor 1 William R. Gallagher kmartin@martin-law.net  jashley@martin-law.net;r59891@notify.bestcase.com |
| Kyle Kenneth Gebel | on behalf of Creditor Wells Fargo Bank Kyle.K.Gebel@wellsfargo.com |
| Mario John Hanyon | on behalf of Creditor U.S. Bank National Association  As Trustee Under Pooling et al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Monroe County Tax Claim Bureau | MKnitter@monroecountypa.gov  DPugh@monroecountypa.gov |
| Philip W. Stock | on behalf of Creditor Monroe County Tax Claim Bureau pwstock@ptd.net |
| Sarah K. McCaffery | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |

Thomas Song
                        on behalf of Creditor U.S. Bank National Association  As Trustee Under Pooling et al. tomysong0@gmail.com

Thomas I Puleo
                        on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
                        ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
                        on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com  wedwardmiller@gmail.com


TOTAL: 20

**Information to identify the case:**

| Debtor 1 | **William R. Gallagher** | | Social Security number or ITIN | xxx–xx–5323 |
| | First Name    Middle Name    Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | | Social Security number or ITIN | _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | | |
| Case number: | 5:16–bk–00276–HWV | | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William R. Gallagher

**By the court:**

*Henry W. Van Eck*

6/11/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**