United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                         Case No. 16-00276-HWV
William R. Gallagher                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                  Page 1 of 2
Date Rcvd: Jul 27, 2021                           Form ID: fnldec                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William R. Gallagher, 276 Center Road, Stroudsburg, PA 18360-7723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2021                          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Zac Christman | on behalf of Creditor Borough of East Stroudsburg zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Jeremy John Kobeski | on behalf of Creditor U.S. Bank National Association As Trustee Under Pooling et al. pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor U.S. Bank National Association As Trustee Under Pooling et al. pamb@fedphe.com |

Jill Manuel-Coughlin
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

John J. Martin
    on behalf of Debtor 1 William R. Gallagher jmartin@martin-law.net
    kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com

Joseph Angelo Dessoye
    on behalf of Creditor U.S. Bank National Association  As Trustee Under Pooling et al. pamb@fedphe.com

Joshua I Goldman
    on behalf of Creditor M&T Bank josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

Kimberly D Martin
    on behalf of Debtor 1 William R. Gallagher kmartin@martin-law.net  jashley@martin-law.net;r59891@notify.bestcase.com

Kyle Kenneth Gebel
    on behalf of Creditor Wells Fargo Bank Kyle.K.Gebel@wellsfargo.com

Mario John Hanyon
    on behalf of Creditor U.S. Bank National Association  As Trustee Under Pooling et al. pamb@fedphe.com,
    mario.hanyon@brockandscott.com

Monroe County Tax Claim Bureau
    MKnitter@monroecountypa.gov  DPugh@monroecountypa.gov

Philip W. Stock
    on behalf of Creditor Monroe County Tax Claim Bureau pwstock@ptd.net

Sarah K. McCaffery
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

Thomas Song
    on behalf of Creditor U.S. Bank National Association  As Trustee Under Pooling et al. tomysong0@gmail.com

Thomas I Puleo
    on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William Edward Miller
    on behalf of Creditor M&T BANK wmiller@friedmanvartolo.com  wedwardmiller@gmail.com

TOTAL: 20

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| William R. Gallagher,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:16−bk−00276−HWV |

Social Security No.:
xxx−xx−5323

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 27, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)